**JENNER&BLOCK**

November 16, 2006

BY FAX

> NOV 16 2006
> CHAMBERS OF
> WILLIAM H. PAULEY

Jenner & Block LLP         Chicago
One IBM Plaza              Dallas
Chicago, IL 60611          New York
Tel 312-222-9350           Washington, DC
www.jenner.com

Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street - Chambers 2210
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 11/27/06

Ronald M. Daignault
Tel 212 891-1610
Fax 212 891-1699
rdaignault@jenner.com

Re:  *McNeil et al. v. Perrigo, et al.* - 05 CV 1321 (WHP)

Dear Judge Pauley:

In accordance with the Court's Individual Practices, Plaintiffs McNeil-PPC, Inc, Merck & Co., Inc., and Johnson & Johnson •Merck Consumer Pharmaceuticals Co. respectfully request the Court to grant a one-page enlargement for their Reply Memorandum in Support of Plaintiffs' Motion for Summary Judgment on Defendants' Inequitable Conduct and Related Invalidity Defenses. Defendants' counsel has consented to this request.

Plaintiffs' summary-judgment motion addresses all five of Defendants' inequitable conduct defenses and related invalidity defenses. Plaintiffs have attempted to meet the ten page limitation to address the various arguments raised in Defendants' Opposition Memorandum. Though Plaintiffs have managed to revise and edit their Reply Memorandum to reduce its page length, Plaintiffs believe that any further edits to reduce the Reply to below ten pages will compromise the quality of their Reply, and their ability to address competently all of Defendants' arguments on these multiple defenses.

Accordingly, based on the reasons above and with the consent of Defendants' counsel, Plaintiffs respectfully request the Court to grant the above-mentioned one-page enlargement.

Respectfully submitted,

*/s/ Ronald M. Daignault*
Ronald M. Daignault

cc: Raymond N. Nimrod, Esq.
    Kristopher R. Kiel, Esq.
    James A. Mitchell, Esq. (by fax)

Application granted
SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III U.S.D.J.
November 17, 2006

# FAX TRANSMITTAL

# JENNER&BLOCK

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212 891-1600
www.jenner.com

Chicago
Dallas
New York
Washington, DC

| | | | |
|---|---|---|---|
| Date: | November 16, 2006 | | |
| To: | Hon. William H. Pauley III | Fax: | (212) 805-6390 |
| | United States District Court<br>Southern District of New York<br>500 Pearl Street - Chambers 2210<br>New York, NY 10007 | Voice: | |
| From: | Ronald M. Daignault<br>rdaignault@jenner.com | Fax:<br>Voice: | 212 891-1699<br>212 891-1610 |
| Employee Number: | | Client Number: | 44295-10440 |

**Important:** This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is attorney work product, privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via postal service. Thank you.

**Message:**

**URGENT!!! PLEASE SEE ATTACHED.**

Total number of pages including this cover sheet: 2    Time Sent:

If you do not receive all pages, please call: 212 891-1600    Sent By:

Secretary: Cathy Pampinella    Extension: 1611