UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                          :

MC NEIL-PPC, INC. et al.,                  05 Civ. 1321 (WHP)
                          :

         Plaintiff,              SCHEDULING ORDER No. 14
                          :

        -against-             :

PERRIGO COMPANY,                  :

        Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The following schedule is established on consent of the parties:

1.     The parties shall file and serve their respective findings of fact and conclusions of law by March 16, 2007; and

2.     Responses to the findings of fact and conclusions of law shall be filed and served by March 27, 2007.

Dated: March 5, 2007
     New York, New York

                       SO ORDERED:

                                  WILLIAM H. PAULEY III
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/06

*Counsel of Record*:

Raymond N. Nimrod, Esq.
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
*Counsel for Plaintiffs*

James A. Mitchell, Esq.
Price, Heneveld, Cooper, DeWitt & Litton, LLP
695 Kenmoor S.E.
P.O. Box 2567
Grand Rapids, MI 49501
*Counsel for Defendants*